PENNYTON HOMES, INC., PLAINTIFF-PETITIONER, v. PLANNING BOARD OF THE BOROUGH OF STANHOPE *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 78 *N. J. Super.* 588.

*Messrs. Scerbo, Hegarty, Mintz, Glickman, Kobin & Howe* for the petitioner.

*Mr. Milford Salny* and *Mr. Lewis Stein* for the respondents.

July 1, 1963.   Granted.

MARGARET E. PEARDON, PLAINTIFF-PETITIONER, v. MARIA VIDETTI *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Wilfred L. Dempsey* and *Mr. Michael G. Alenick* for the petitioner.

*Messrs. Burton, Seidman & Burton* and *Mr. Robert T. Quackenboss* for the respondent John Maffett.

July 1, 1963.   Denied.